```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
SAMUEL B. FOSTER, JR.,                                           :
                                                                 :
                                        Plaintiff,               :    1:23-cv-3613-GHW
                                                                 :
                          -v -                                   :    ORDER
                                                                 :
DOC NYC, et al.,                                                 :
                                                                 :
                                        Defendants.              :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023

GREGORY H. WOODS, United States District Judge:

Plaintiff recently filed a declaration[1] attaching a completed "Limited Scope Legal Assistance Retainer Agreement" seeking assistance from the New York Legal Assistance Group ("NYLAG") and an authorization for release of health information pursuant to HIPAA. Dkt. No. 21. These documents should have been mailed to NYLAG, not filed on the docket. The documents filed at Dkt. No. 21 are therefore stricken.

The Clerk of Court is directed to strike Dkt. No. 21 from the docket and to mail a copy of the documents filed at Dkt. No. 21 to NYLAG at:

> New York Legal Assistance Group
> Pro Se Clinic
> 40 Foley Square, LL22
> New York, NY 10007

SO ORDERED.

Dated: August 1, 2023
    New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[1] This "declaration" simply states "see attachment." *See* Dkt. No. 21.