UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                          :

SAMUEL B. FOSTER, JR.,  :

                      Plaintiff,  :     1:23-cv-3613-GHW

               -v-                       :     <u>ORDER</u>

DOC NYC, et al.,                      :

                      Defendants.  :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    On August 24, 2023, Plaintiff filed a proposed civil case management plan and scheduling order. Dkt. No. 26. Included with that filing is an authorization form for release of health information pursuant to HIPAA, which contains personal information of Plaintiff. *Id.* at p. 5 of 6. That authorization form should not have been filed on the docket and is therefore stricken.

    The Clerk of Court is directed to strike Dkt. No. 26 from the docket and to re-file Plaintiff's proposed civil case management plan and scheduling order as a new docket entry, without the authorization form.

    SO ORDERED.

Dated: August 25, 2023
       New York, New York

                                                            GREGORY H. WOODS
                                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2023