UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL B. FOSTER, JR.,<br><br>                Plaintiff,<br><br>-against-<br><br>DOC NYC, et al.,<br><br>                Defendants. | 23-cv-3613 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Discovery in this case closes on March 26, 2024. *See* Dkt. 36. Accordingly, the parties are hereby ORDERED to file a joint letter no later than **March 29, 2024**, updating the Court on the status of discovery and indicating whether either party intends to file a motion for summary judgment. Since counsel has recently appeared on Mr. Foster's behalf, the parties may also request a reasonable extension of the discovery deadlines, if necessary.

      SO ORDERED.

Dated: March 26, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                   United States District Judge