

| MURIEL GOODE-TRUFANT<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | ZACHARY KALMBACH<br>*Senior Counsel*<br>phone: (212) 356-2322<br>fax: (212) 356-3509<br>zkalmbac@law.nyc.gov |

November 29, 2024

If plaintiff opposes defendants' request, he should respond by **December 3, 2024 at 12:00 PM**.

**VIA ECF**
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 2, 2024

Re:   Foster v. The City of New York, et al.,
      23 Civ. 3613 (AS)

Your Honor:

    I represent defendants the City of New York, Ortiz, Laguerre, and New York City Health and Hospitals Corporation in the above-referenced matter. Defendants write to respectfully request: (1) leave to take the deposition of plaintiff Samuel B. Foster, Jr. pursuant to Fed. R. Civ. P. 30(a)(2)(B); and (2) an order to produce plaintiff, who is currently incarcerated, for his deposition on December 12, 2024.

    Defendants intend to take plaintiff's deposition on December 12, 2024, at 10:00 a.m., via video conference. Accordingly, defendants respectfully request leave to do so and that the Court issue an order directing the Warden or other official in charge of Mid-State Correctional Facility to produce plaintiff to a suitable location within the facility to participate in his deposition on December 12, 2024, at 10:00 a.m. Defendants will separately file a proposed order.

    Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

CC:   **Via Regular Mail**
      All counsel of record