UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SAMUEL B. FOSTER, JR.,

      Plaintiff,   **ORDER**

   -against-

            23 Civ. 3613 (AS)

CITY OF NEW YORK, ET AL.,

      Defendants.

------------------------------------------------------------X

**Honorable Arun Subramanian, United States District Judge**

  Upon the application of defendants for leave to take the deposition of plaintiff Samuel B. Foster, Jr., an inmate, and the Court having granted leave for the taking of plaintiff Samuel B. Foster, Jr.'s deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

  **IT IS HEREBY ORDERED** that the Warden or other official in charge of Mid-State Correctional Facility, located in Marcy, New York, produce inmate Samuel B. Foster, Jr., DIN 24-B-4061, within the facility for the taking of his deposition by video conference on **December 12, 2024, commencing at 10:00 a.m.**, and for so long thereafter as the deposition continues;

  **IT IS FURTHER ORDERED** that plaintiff Samuel B. Foster, Jr. appear in such place as designated by the Warden or other official in charge of Mid-State Correctional Facility so that his deposition may be taken; and

2

**IT IS FURTHER ORDERED** that also present at the deposition will be a court reporter to be designated by defendants as well as the attorneys for defendants and plaintiff.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 54.

Dated: December 5, 2024
New York, New York

SO ORDERED,

_____
HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE
